1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 RYAN RUNEAL BOOTH,                    Case No. 23-cv-03644-SI

8           Plaintiff,

9       v.                             **JUDGMENT**

10 MARTIN O'MALLEY,

11           Defendant.

12

13     The Court has granted in part and denied in part plaintiff's motion for summary judgment,

14 granted defendant's motion for remand, and remanded this action to the Commissioner for further

15 proceedings.  Judgment is entered accordingly.

16

17     **IT IS SO ORDERED AND ADJUDGED**.

18 Dated: September 17, 2024

19 _____

20 SUSAN ILLSTON
   United States District Judge

21

22

23

24

25

26

27

28